Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00165-CR

**IN RE** Wayne Charles **TRETTER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Karen Angelini, Justice
    Sandee Bryan Marion, Justice
    Phylis J. Speedlin, Justice

Delivered and Filed: April 11, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On March 14, 2012, relator Wayne Charles Tretter filed a petition for writ of mandamus, complaining of the trial court's failure to rule on various *pro se* motions. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its

---

[1] This proceeding arises out of Cause No. 2010-CR-9935, styled *State of Texas v. Wayne Charles Tretter*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Angus McGinty presiding.

discretion by declining to rule on relator's *pro se* motions filed in the criminal proceeding pending in the trial court. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH